# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST JOSEPH DIVISION

| | |
|---|---|
| **Dennis Wayne Ryan,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-0104-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, April 21, 2011, the Court heard oral argument on *Plaintiff's Brief,* filed November 19, 2010 [Doc. 14] and the *Brief For Defendant*, filed February 3, 2011 [Doc. 17]. For the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on April 21, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                                             */s/ John T. Maughmer*
                                                             **JOHN T. MAUGHMER**
                                                             **U. S. MAGISTRATE JUDGE**