IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST JOSEPH DIVISION

| | |
|---|---|
| **Dennis Wayne Ryan,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-0104-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is the *Plaintiff-Appellant's Petition For Attorney Fees Under The Equal Access To Justice Act*, filed May 27, 2011 [Doc 23]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that *Plaintiff-Appellant's Petition For Attorney Fees Under The Equal Access To Justice Act*, filed May 27, 2011 [Doc 23] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,500.00, to be paid by the Social Security Administration, as well as the $350.00 filing fee to be paid from the Judgment Fund administered by the Treasury Department.

                                        */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**.